IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVTL. RESPONSIBILITY, ) ) ) | ) |
| Plaintiff, ) | |
| v. ) | Civil Action No. 13-1414 (ESH) |
| NATIONAL PARK SERVICE, ) ) | |
| Defendant. ) ) | |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Defendant respectfully requests that the Court extend the time for Defendant to respond to the Complaint (ECF No. 1) by another 45 days. See Fed. R. Civ. P. 6(b)(1)(A). Specifically, Defendant requests that the deadline be extended from December 5, 2013, to January 17, 2014. Plaintiff's counsel consented to this second extension by telephone on November 20, 2013.

There is good cause for the Court to grant this motion. Plaintiff brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, largely challenging the adequacy of Defendant's search for records. In response to the Complaint and discussions with Plaintiff, Defendant is conducting additional searches and has begun producing records to Plaintiff, including records created after the Complaint was filed. The additional time will allow Defendant to continue these efforts and to gather sufficient information about the responsive records to provide a production schedule.

Accordingly, Defendant respectfully requests that the Court extend the time to respond to the Complaint until and including January 17, 2014. A proposed order is attached.

Dated: November 22, 2013.

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. Bar # 447889
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

By:    */s/ Kevin Laden*
        Kevin Laden, Va. State Bar # 48478
        Special Assistant United States Attorney
        555 4th Street, N.W., E-4916
        Washington, D.C. 20530
        Tel: (202) 252-2569
        kevin.laden@usdoj.gov